| | |
|---|---|
| Michael P. Lehmann (State Bar No. 77152) | Richard M. Heimann (State Bar No. 063607) |
| Christopher L. Lebsock (State Bar No. 184546) | Lexi J. Hazam (State Bar No. 224457) |
| HAUSFELD LLP | Robert L. Lieff (State Bar No. 037568) (Of Counsel) |
| 44 Montgomery Street, 34th Floor | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| San Francisco, CA 94104 | Embarcadero Center West |
| Telephone: (415) 633-1908 | 275 Battery Street, 29th Floor |
| Facsimile: (415) 358-4980 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 39 STATIONARY ENGINEERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 11-CV-3620 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, Plaintiff filed a Class Action Complaint against Defendants on July 22, 2011 (Dkt. No. 1);

WHEREAS, on August 29, 2011, the parties stipulated pursuant to N.D. Cal. L. Rule 6.1 to extend the time for the Defendants to answer or otherwise respond to the Complaint until October 7, 2011 (Dkt. No. 11);

WHEREAS, Defendants moved to dismiss the Complaint on October 7, 2011 (Dkt. No. 29);

1  WHEREAS, Plaintiffs wish to have a similar additional amount of time to respond to the
2  motion to dismiss as Defendants had in preparing it, given the issues raised in that motion, and
3  WHEREAS, the motion was noticed for a hearing on November 17, 2011, the same day
4  on which the Clerk of the Court noticed an Initial Case Management Conference in this case (Dkt.
5  No. 14);
6  IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, that the parties to the
7  above-referenced action agree and respectfully request that this Court order that the schedule
8  related to the October 7, 2011, Motion to Dismiss the Class Action Complaint (Dkt. No. 28), filed
9  by Defendants The Bank of New York, The Bank of New York Company, Inc., The Bank of New
10 York Mellon, The Bank of New York Mellon Corporation, The Bank of New York Mellon Trust
11 Company National Association be amended as follows:

- Responses due by November 4, 2011.
- Replies due by November 22, 2011.
- Motion Hearing requested for December 15, 2011 at 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup, or at such other time ordered by the Court.

Dated: October 17, 2011       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


                              By:   /s/ Charles E. Davidow
                                    Charles E. Davidow
                                    Attorneys for All Defendants


Dated:  October 17, 2011      HAUSFELD LLP


                              By:   /s/ Michael P. Lehmann
                                    Michael P. Lehmann
                                    Attorneys for Plaintiff

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated:  October 18, 2011.

                                William Alsup
                                UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS