| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|  | David M. Balabanian (SBN 37368) |
| 2 | david.balabanian@bingham.com |
|  | Frank Busch (SBN 258288) |
| 3 | Tarek Sorensen (SBN 261528) |
|  | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
|  | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
| 6 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 7 | Charles E. Davidow (*Pro Hac Vice*) |
|  | cdavidow@paulweiss.com |
| 8 | Robyn F. Tarnofsky (*Pro Hac Vice*) |
|  | James J. Brennan (*Pro Hac Vice*) |
| 9 | Matthew J. Moses (*Pro Hac Vice*) |
|  | 1285 Avenue of the Americas |
| 10 | New York, NY  10019-6064 |
|  | Tel:  (212) 373-3000 |
| 11 | Fax:  (212) 757-3990 |
| 12 | Attorneys for All Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 39 STATIONARY ENGINEERS, individually and on behalf of all others similarly situated, | No. 3:11-CV-03620-WHA |
|  | STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE |
| Plaintiff, | Judge:    Hon. William H. Alsup |
| v. | |
| THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, | |
| Defendants. | |

1   WHEREAS, Plaintiff filed a Class Action Complaint against Defendants on July 22, 2011
2   (Dkt. No. 1);

3   WHEREAS, on July 22, 2011, this action was assigned to the Alternative Dispute
4   Resolution (ADR) Multi-Option Program and the parties were ordered to file an ADR
5   certification and either a stipulation to ADR process or notice of need for ADR phone conference
6   by December 29, 2011; file a Rule 26(f) report, complete initial disclosures or state objections in
7   the Rule 26(f) report, and file a case management statement by January 12, 2012; and to attend an
8   initial case management conference on January 19, 2012 (Dkt. No. 2);

9   WHEREAS, on September 21, 2011, the clerk noticed the Initial Case Management
10  Conference for November 17, 2011 and directed the parties to submit a joint case management
11  conference statement seven days prior, but noted that all other deadlines in the July 22, 2011
12  ADR scheduling order remain in effect (Dkt. No. 14);

13  WHEREAS, on October 7, 2011, Defendants filed a Notice of Motion and Motion to
14  Dismiss the Class Action Complaint with a hearing date of November 17, 2011, or as soon
15  thereafter as may be heard (Dkt. Entry 28);

16  WHEREAS, on October 18, 2011, the court approved the parties' stipulation moving the
17  hearing date for Defendants' Motion to Dismiss from November 17, 2011 to December 15, 2011
18  (Dkt. Entry 34);

19  WHEREAS, certain of the attorneys representing Plaintiff and Defendants practice in
20  New York, New York and Washington, District of Columbia, and can best represent their client
21  by appearing in person for both events; and

22  WHEREAS, the hearing on the motion to dismiss may clarify certain case management
23  issues, allowing for a more productive conference.

24  IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 16-2, that the parties to the
25  above-referenced action agree and respectfully request that this Court order that the date of the
26  Initial Case Management Conference be postponed until December 15, 2011, to occur following
27  argument on the motion to dismiss.

28

STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

The proposed revised case management schedule is as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 7/22/2011 | Complaint filed | |
| 11/23/2011 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | F. R. Civ. P. 26(f) & ADR L.R.3-5<br><br>Civil L.R. 16-8 (b) & ADR L.R. 3-5(b)<br>Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |
| 12/8/2011 | Last day to submit a joint case management conference statement and complete initial disclosures | F. R. Civ. P. 26(a) (1)<br>Civil L.R . 16-9 |
| 12/15/2011 | Initial Case Management Conference (CMC) in Courtroom 8, San Francisco following argument of the Motion to Dismiss | Civil _L.R. 16-10 |

This relief would not require any other changes in the ADR process or schedule in the case.

Dated: October 26, 2011        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    /s/ Charles E. Davidow

Charles E. Davidow
Attorneys for All Defendants

Dated:  October 26, 2011        HAUSFELD LLP

By:    /s/ Michael P. Lehmann

Michael P. Lehmann
Attorneys for Plaintiff

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

/s/ Frank Busch

- - 3 - -

STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  The case management conference shall immediately follow hearing on motion to dismiss.
   PLEASE NOTE THERE WILL BE NO MORE CONTINUANCES.

3  Dated: October 27, 2011

4                       Hon. William H. Alsup

5                       United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*/s/ Judge William Alsup*

- - 4 - -

STIPULATION AND [~~PROPOSED~~] ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE