**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   INTERNATIONAL UNION OF OPERATING                No. C 11-03620 WHA
     ENGINEERS, STATIONARY ENGINEERS LOCAL 39
12   PENSION TRUST FUND, individually and on behalf of
     all others similarly situated,
13
                                                      **ORDER REQUIRING**
14             Plaintiff,                              **MEET AND CONFER**

15      v.

16   THE BANK OF NEW YORK MELLON
     CORPORATION, THE BANK OF NEW
17   YORK MELON, THE BANK OF NEW YORK
     COMPANY, INC., THE BANK OF NEW YORK, and
18   THE BANK OF NEW YORK MELLON TRUST
     COMPANY, NATIONAL ASSOCIATION,
19
               Defendants.
20   _____/

21          Defendants have submitted a letter requesting that their proposed protective order be

22   entered in this action.  The letter indicates that plaintiff opposes entry of defendants' proposed

23   protective order.  Counsel for all parties are ordered to **MEET AND CONFER** and submit a joint

24   letter by **NOON ON DECEMBER 30, 2011**, indicating whether an agreement has been reached

25   regarding a proposed protective order.  If an agreement has been reached, the parties shall append

26   a copy of the proposed stipulated protective order to the letter.  Failing an agreement, the

27

28

1  stipulated protective order for standard litigation, which has been approved by the Northern

2  District of California, will be entered.

3

4        **IT IS SO ORDERED.**

5

6  Dated:  December 21, 2011.

7                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2