UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND,<br><br>    Plaintiff(s),<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, ET AL,<br><br>    Defendant(s).<br>_____/ | Case No.  11-03620 WHA (JCS)<br><br>**DISCOVERY ORDER GRANTING IN PART AND DENYING IN PART JOINT DISCOVERY LETTER [Docket No. 86]** |

On February 17, 2012, a telephonic discovery hearing was held on the Joint Discovery Letter filed on February 3, 2012.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT:

1. The discovery period is the class period.

2. Defendant shall produce data sought by request #12 pursuant to paragraph 9 of the Protective Order for all putative class members in non-anonymized form by **March 14, 2012**, and also as confidential information under the Protective Order.

3. Defendant shall produce the Government documents as indicated on the record by **February 24, 2012**, along with a privilege log.

4. Defendant's Motion to Compel is DENIED as over-broad, without prejudice to propounding a narrower request.

Dated: February 27, 2012

                 _____
                 JOSEPH C. SPERO
                 United States Magistrate Judge